# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   19-140 (RMC)** |
| **v.** | : | |
| **BRANDON LEE** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney's Lindsey Marcus at telephone (202) 252-7700 email address: Lindsey.Marcus@usdoj.gov .

	Respectfully submitted,

	JESSIE K. LIU
	United States Attorney
	Bar No. 472845

	_____/s/_____
	Lindsey Marcus
	Assistant United States Attorney
	Violent Crimes Narcotics Trafficking Section
	555 4th Street, N.W.   #4830
	Washington, DC 20530
	(202) 252-2527