**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | No.: 19-cr-140 (RMC) |
| | : | |
| v. | : | |
| | : | |
| BRANDON LEE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR RETURN OF CELLPHONE**

Pursuant to the Court's Order dated May 31, 2019, the Government provides this brief response to the Defendant's pending Motion for Return of Cellphone and states that consistent with the Government's representations at the parties' status hearing on May 24, 2019, the Defendant's cellphone, recovered in the arrest of the Defendant, was both evidence and the subject of a pending search warrant. On May 28, 2019, United States Magistrate Judge G. Michael Harvey issued a search warrant for the cellphone (19-sw-203-GMH) and found that there was probable cause that the cellphone contained evidence of the charged offense in this case, a violation of 18 U.S.C. § 922(g). A copy of the search warrant and affidavit in support have been produced to the Defendant in discovery.

Currently, the Government is in the process of attempting to download the contents of the password-protected phone and if and when the Government is successful in that endeavor, the contents of the cellphone will be produced to the Defendant. At that time, the parties can attempt to reach a stipulation as to admissibility of the cellphone and the contents therein, which could permit the return of the cellphone to the Defendant.

In light of the factual record, the Defendant's motion should be denied.

                                           Respectfully submitted,

                                           JESSIE K. LIU
                                           United States Attorney
                                           D.C. Bar No. 472845

By:                     /s/

                                           CHRISTOPHER MACCHIAROLI
                                         D.C. Bar No. 491825
                                         LINDSEY MARCUS
                                         Florida Bar No. 86114
                                         Assistant United States Attorneys
                                         555 4th Street, N.W.
                                         Washington, D.C. 20001
                                         Christopher.Macchiaroli@usdoj.gov
                                         Lindsey.Marcus@usdoj.gov